IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:07-CV-367-RJC-DCK

| | |
|---|---|
| BRITISH AMERICAN INVESTMENTS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIESTA PROPERTIES, LLC, a New York )<br>Corporation, COMPASS PARTNERS, )<br>LLC, a New York Corporation, DAVID )<br>BLATT, an individual, INVESTORS TITLE )<br>INSURANCE COMPANY, a foreign )<br>corporation, )<br>)<br>Defendants. )<br>_____ ) | **CONSENT ORDER** |

Upon the unopposed motion of Defendant, Investors Title Insurance Company, James K. Pendergrass, Jr. is hereby substituted for Janet L. Chubb, Esq. as lead counsel for Defendant, Investors Title Insurance Company in the above-styled action.

IT IS SO ORDERED.

Signed: October 19, 2007

David C. Keesler
United States Magistrate Judge