IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:07-CV-367-RJC-DCK

| | | |
|---|---|---|
| BRITISH AMERICAN INVESTMENTS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| FIESTA PROPERTIES, LLC, a New York Corporation, COMPASS PARTNERS, LLC, a New York Corporation, DAVID BLATT, an individual, INVESTORS TITLE INSURANCE COMPANY, a foreign corporation, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Petition for Admission Pro Hac Vice" (Document No. 35) filed by counsel for the Plaintiff, British American Investments, LLC, on November 15, 2007. Jeffrey A. Dickerson, counsel for the Plaintiff in this transferred case, seeks to be admitted without the association of local counsel. While this is not the favored practice, Mr. Dickerson's motion appears to be in order, and it will therefore be **GRANTED**. The Court reserves the right on its own motion to require at any point during the litigation that Mr. Dickerson retain local counsel if the circumstances warrant.

**IT IS THEREFORE ORDERED** that Plaintiff's Petition for Admission Pro Hac Vice is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Mr. Dickerson will be admitted for now without association of local counsel. The Court, however, reserves the right at a future date to require that local counsel be associated.

Signed: November 28, 2007

David C. Keesler
United States Magistrate Judge