**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07-CV-367-RJC-DCK**

| | |
|---|---|
| **BRITISH AMERICAN INVESTMENTS, LLC,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **FIESTA PROPERTIES, LLC, COMPASS** ) <br> **PARTNERS, LLC, DAVID BLATT, and** ) <br> **INVESTOR'S TITLE INSURANCE CO.,** ) <br> ) <br> **Defendants.** ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Ex Parte Motion For Enlargement Of Time" (Document No. 40), filed February 6, 2008. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate disposition is appropriate. Having carefully considered the motion, the record, and the applicable authority, the undersigned will grant the motion.

The Court previously allowed counsel for Plaintiff special admission to practice before this Court without association of local counsel. See Document No. 36. The undersigned noted in that Order that such was not the favored practice in this district and that the Court reserved the right to require at any point in the litigation that local counsel be retained. It is the undersigned's view that the current delay would have been avoided, and that the litigation is likely to progress more smoothly, if a member of the local bar familiar with the Local Rules is retained as local counsel for Plaintiff.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Ex Parte Motion For Enlargement Of

Time" (Document No. 40) is **GRANTED**. Plaintiff shall respond to the pending "Motions To Dismiss" (Document No. 38) on or before **February 28, 2008**.

    **IT IS FURTHER ORDERED** that Plaintiff shall retain local counsel in this matter on or before **February 28, 2008**.

Signed: February 7, 2008

David C. Keesler
United States Magistrate Judge