UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO 3:07-cv-00367-RJC-DCK

| | |
|---|---|
| BRITISH AMERICAN INVESTMENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FIESTA PROPERTIES, LLC; COMPASS PARTNERS, LLC; DAVID BLATT; and INVESTOR'S TITLE INSURANCE COMPANY,<br><br>Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff British American Investments, LLC hereby dismisses, with prejudice, all of its claims against Defendants Fiesta Properties, LLC, Compass Partners, LLC, David Blatt, and Investor's Title Insurance Company. The parties shall each bear their own costs.

This the 17th day of December, 2008.

s/ James F. Wood, III
James F. Wood, III
jwood@baucomclaytor.com
NC State Bar #
Baucom, Claytor, Benton, Morgan & Wood, P.A.
1351 East Morehead Street, Suite 201
Charlotte, North Carolina 28204
*Counsel for Plaintiff British American Investments, LLC*

s/ James Pendergrass, Jr.
James K. Pendergrass, Jr.
jpendergrass@pendergrasslawfirm.com
NC State Bar #
Pendergrass Law Firm, PLLC
1511 Sunday Drive, Suite 220
Raleigh, NC 27607
*Counsel for Investors Title Insurance Company*

s/ Charles M. Viser
Charles M. Viser
cviser@jmdlaw.com
NC State Bar # 29487
James, McElroy & Diehl, P.A.
600 South College Street, Suite 3000
Charlotte, North Carolina 28202
*Counsel for Defendants Fiesta Properties, LLC, Compass Partners, LLC, and David Blatt*

**CONSENT OF PLAINTIFF**

**BRITISH AMERICAN INVESTMENTS, LLC**

By: M. Patrick Taylor
    Manager/Member (Title)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** has this date been served upon counsel for the Parties *via* electronic filing and United States Mail as follows:

cviser@jmdlaw.com

Charles M. Viser
James, McElroy & Diehl, P.A.
600 South College Street, Suite 3000
Charlotte, North Carolina 28202
*Counsel for Fiesta Properties, LLC, Compass Partners, LLC, and David Blatt*

jpendergrass@pendergrasslawfirm.com

James K. Pendergrass, Jr.
Pendergrass Law Firm, PLLC
1511 Sunday Drive, Suite 220
Raleigh, NC 27607
*Counsel for Investors Title Insurance Company*

jeff@gbis.com

Jeffrey A. Dickerson
Law Office of Jeffrey A. Dickerson
9655 Gateway Drive, Suite B
Reno, NV 89511
*Counsel for Plaintiff British American Investments, LLC*

This the 17th day of December, 2008.

                 s/ James F. Wood, III
                 James F. Wood, III
                 jwood@baucomclaytor.com
                 NC State Bar #
                 Baucom, Claytor, Benton, Morgan & Wood, P.A.
                 1351 East Morehead Street, Suite 201
                 Charlotte, North Carolina 28204
                 Telephone: (704) 376-6527
                 Facsimile: (704) 376-6207
                 *Counsel for Plaintiff British American Investments, LLC*